UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                            CASE NO. 16-40786-CN 13
                                                  CHAPTER 13
OLGA MARIA MEDINA
                                                  JUDGE CHARLES NOVACK

           DEBTOR                                 **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Trustee Martha G. Bronitsky files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SPECIALIZED LOAN SVC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6-2 | 3675 | $30,143.11 | $30,143.11 | $30,143.11 |
| Total Amount Paid by Trustee | | | | $30,143.11 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit            **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 29th day of March, 2021.

OLGA MARIA MEDINA, 4864 WEXLER PEAK WAY, ANTIOCH, CA 94531

ELECTRONIC SERVICE - DAVID A ARIETTA ATTY, 700 YGNACIO VALLEY RD #150, WALNUT CREEK, CA 94596

SPECIALIZED LOAN SVC, 6200 S QUEBEC ST, GREENWOOD VILLAGE, CO 80111

ELECTRONIC SERVICE - ALDRIDGE PITE LLP, 4375 JUTLAND DR #200, PO BOX 17933, SAN DIEGO, CA 92177-0933

ELECTRONIC SERVICE - United States Trustee

Date: March 29, 2021  /s/ Trustee Martha G. Bronitsky
Trustee Martha G. Bronitsky
Chapter 13 Trustee
PO Box 5004
Hayward, CA 94540